# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JULIUS C. METZ AND DONNIE
MATT METZ

NO. 2020 CW 0834

VERSUS

THE NATURE CONSERVANCY, CFF
PARTNERSHIP CONTRACTOR,
ADAMS FLYING SERVICE, INC.,
FARM BUREAU INSURANCE
COMPANY, AND XYZ INSURANCE
COMPANY

**DECEMBER 07, 2020**

---

In Re:   Adams Flying Service, Inc., applying for supervisory
         writs, 20th Judicial District Court, Parish of West
         Feliciana, No. 23463.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

TMH
MRT
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT